UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:22-CR-006 |
| | ) | |
| v. | ) | |
| | ) | **ORDER ADOPTING** |
| BEACHEL COLLETT, | ) | **RECOMMENDED DISPOSITION** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on Recommended Disposition from Magistrate Judge Hanly A. Ingram concerning Defendant Beachel Collett's Motion for Rearraignment, [R. 103]. [R. 118]. Magistrate Judge Ingram recommended the Court accept the guilty plea of the Defendant for Count One of the Superseding Indictment. *Id*. at 2. The recommendation instructed the parties to file any specific written objections within three days after being served with a copy of the recommendation, or else waive the right to further review. *Id*. at 3. Neither party has objected to Magistrate Judge Ingram's recommendation, and the time to do so has now passed.

Generally, this Court must make a de novo determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v.*

*Walters*, 638 F.2d 947, 949–950 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with Magistrate Judge Ingram's Report and Recommendation.

Upon review, the Court is satisfied that Defendant Beachel Collett knowingly and competently pled guilty to Count One of the Superseding Indictment, and that an adequate factual basis exists to support the plea as to each essential element of the offense. Accordingly, and with the court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommended Disposition [R. 118] is **ADOPTED** for the Opinion of this Court.

2. Defendant is **ADJUDGED** guilty of Count One of the Superseding Indictment.

3. A separate Sentencing Order will be entered herewith.

This the 18th day of August 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY